IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mauricio Duran-Juarez, individually and on behalf of all similarly situated employees, Plaintiff<br>v.<br>Donku Landscaping Services, Inc., and Julie Donku individually, Defendants. | Case No. 1:14-cv-09334<br>Judge: Hon. Joan H. Lefkow<br>Magistrate: Hon. Young B. Kim |

**PLAINTIFF'S MOTION TO ENFORCE AND FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Mauricio Duran-Juarez, through counsel, submits his Motion to Enforce and in support of this motion, states:

1. This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"), and the Illinois Minimum Wage Law, 820 ILCS § 105/1 *et seq*. ("IMWL"), for Defendants' failure to pay Plaintiff and other similarly situated employees overtime wages for hours worked in excess of forty (40) hours in a week.

2. On September 10, 2015, the parties were able to reach a settlement agreement through counsel with the assistance of a magistrate judge, the Honorable Young B. Kim. [ECF No. 28]

3. On September 16, 2015, Plaintiff's counsel drafted and emailed Defendants' counsel, Mr. L. Steven Platt, a draft of the settlement agreement for review, but received no response. *See* Exhibit A.

4. On September 23, 2015, Plaintiff's counsel emailed Defendants' counsel, Mr. L. Steven Platt, asking for a status, but received no response. *See* Exhibit B.

5. On September, 24, 2015, Plaintiff's counsel left a voicemail for Defendants' counsel Mr. L. Steven Platt, asking for a call back, but received no response.

6. On September 25, 2015, Plaintiff's counsel emailed Defendants' counsel, Mr. L. Steven Platt, asking for a status, but received no response. *See* Exhibit C.

7.     The parties agreed through counsel, on September 10, 2015, that the first installment payment would be due on or about September 30, 2015, however no payment from Defendants has been received by the Plaintiff.

8.     There is a binding settlement agreement even though it is contemplated that there will be a future written document, so there should be no delay in payment. *See PFT Roberson, Inc. v. Volvo Trucks North America, Inc.*, 420 F.3d 728, 731 (7th Cir.2005); *Quake Construction, Inc. v. American Airlines*, 141 Ill.2d 281 (1990); *Loop Paper Recycling, Inc. v. JC Horizon Ltd.*, 2010 WL 1655254 (N.D.Ill. 2010).

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order enforcing the Parties' Settlement Agreement, ordering Defendants to pay the first installment payment, in full, within seven days of the entry of an Order, and awarding Plaintiff's counsel $800.00 in reasonable attorneys' fees for bringing the instant Motion.

Respectfully submitted,

**s/ Valentin T. Narvaez**

Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-878-1302
vnarvaez@yourclg.com